**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN HOGAN,<br><br>*Plaintiff,*<br><br>v.<br><br>CAPITAL ONE, N.A.,<br><br>*Defendant.* | Case No. 1:22-cv-1028-MKB-RML<br><br>Judge Margo K. Brodie<br><br>**MOTION FOR PRO HAC VICE ADMISSION OF JONATHAN S. HUBBARD** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jonathan S. Hubbard hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel on behalf of Defendant, Capital One, N.A., in the above-captioned action.

I have attached an Affidavit pursuant to Local Rule 1.3 that states I am in good standing of the bar of the Commonwealth of Virginia, there are no pending disciplinary proceedings against me in any state or federal court, I have never been convicted of a felony, and I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated:  January 13, 2023  Respectfully submitted,
New York, New York

By: */s/ Jonathan S. Hubbard*
   Jonathan S. Hubbard, Esq.
   TROUTMAN PEPPER HAMILTON SANDERS LLP
   1001 Haxall Point
   Richmond, VA 23219
   Telephone: (804) 697-1407
   Facsimile: (804) 697-1339
   Email: jon.hubbard@troutman.com
*Attorneys for Defendant, Capital One, N.A.*