**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN HOGAN,<br><br>            *Plaintiff,*<br>v.<br><br>CAPITAL ONE, N.A.,<br><br>            *Defendant.* | Case No. 1:22-cv-1028-MKB-RML<br><br>Judge Margo K. Brodie<br><br>**AFFIDAVIT OF JONATHAN S. HUBBARD** |

I, Jonathan S. Hubbard, being first duly sworn, depose and state the following in support of motion for pro hac vice admission to practice in the above captioned matter:

1. I am a partner with the law firm of Troutman Sanders Hamilton Sanders LLP; my office address is 1001 Haxall Point, Richmond, VA 23219. My telephone and facsimile numbers are (804); 697-1407 and (804) 697-1339, respectfully. My email is Jon.Hubbard@troutman.com.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission in or readmission by any court.

4. There are no disciplinary proceedings presently pending against me.

                                                            */s/ Jonathan S. Hubbard*
                                                            Jonathan S. Hubbard