**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN HOGAN,<br><br>    *Plaintiff,*<br>v.<br><br>CAPITAL ONE, N.A.,<br><br>    *Defendant.* | Case No. 1:22-cv-1028-MKB-RML<br><br>Judge Margo K. Brodie<br><br>**[Proposed]**<br>**ORDER GRANTING PRO HAC VICE**<br>**ADMISSION OF JONATHAN S. HUBBARD** |

The motion of Jonathan S. Hubbard, for admission to practice pro hac vice in the above-captioned matter is GRANTED.

Applicant has declared that he is a member in good standing of the state of Virginia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Jonathan S. Hubbard |
| Firm Name: | Troutman Pepper Hamilton Sanders LLP |
| Address: | 1001 Haxall Point |
| City/State/Zip: | Richmond, VA 23219 |
| Telephone: | (804) 697-1407 |
| Facsimile: | (804) 697-1339 |
| Email: | Jon.Hubbard@troutman.com |

Applicant having requested admission pro hac vice to appear for al purposes as counsel for Capital One, N.A. in the entitled action;

IT IS HEREBY ORDERED that Applicant, Jonathan S. Hubbard, is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Eastern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:                      _____

                           United States District Court Judge