Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

---

**Stephen J. Steinlight**
(212) 704-6008
stephen.steinlight@troutman.com

February 27, 2023

**VIA ECF**

Magistrate Judge Robert M. Levy
United States District Judge
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

**Re:**   *Jean Hogan v. Capital One, N.A.*, **Index No. 1:22-cv-1028:**
**Request to Adjourn Conference on February 28, 2023**

Your Honor:

      We represent Defendant Capital One, N.A. ("Capital One") in the above-referenced action. Capital One, on consent of Plaintiff Jean Hogan, submits this letter request to adjourn the status conference scheduled for February 28, 2023.  Capital One's request is for the reason that the undersigned, the lead attorney for Capital One in this matter, is scheduled to attend trial on another matter that is pending in the Civil Court of the City of New York, County of Kings on that scheduled date.  The parties met and conferred and both sides are available this week on Friday, March 3, 2023, as well as all day on March 10, 2023, if the Court has any available time slots on these dates.

      We thank the Court for its consideration of this request.

      Respectfully submitted,

      */s/ Stephen J. Steinlight*
      Stephen J. Steinlight

cc:   All Counsel of Record (via ECF)

146130946v1