# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT STREET, #2600  
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

April 12, 2023

**VIA ECF**
Magistrate Judge Robert M. Levy
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY11201

Re: *Consent letter motion to extend deadline to file opposition to motion to compel and adjourn conference set for May 2, 2023 to May 8 or 12, 2023*
*Jean Hogan v. Capital One, N.A.*, **Index No. 1:22-cv-01028-MKB-RML**

Dear Judge Levy:

We represent Defendant Jean Hogan in this action alleging, *inter alia*, violations of the Electronic Funds Transfer Act ("EFTA").

Based on closing arguments and a motion to amend in other matters, Plaintiff is requesting a one week extension of the deadline to respond to Defendant's Motion to Compel, from April 14, 2023 to April 21, 2023. Defendant consented to this request by email.

And Plaintiff requests an adjournment of the hearing set for May 2, 2023 at 10:00 a.m. because Plaintiff's counsel will be at an all-week conference in New Orleans at that time. Plaintiff would request that the conference be adjourned to May 8 or 12, 2023, or another subsequent date and time available to Your Honor. Defendant also consented to this request by email. Plaintiff emailed multiple times to obtain Defendant's signoff of this application, explaining that she wished to file more than 48 hours before the deadline, but Defendant did not respond.

Sincerely,

/s/

Emma Caterine

cc: all counsel via ECF